1
2                                                              — 0 —
3
4
5
6
7
8                                                    FILED
                                              CLERK, U.S. DISTRICT COURT
9
10                     UNITED STATES DISTRICT COURT     NOV 15 2010
                                                    CENTRAL DISTRICT OF CALIFORNIA
11                     CENTRAL DISTRICT OF CALIFORNIA        BY          DEPUTY
12
13
14
15    UNITED STATES OF AMERICA,    )   2:07-CR-1191-DDP
                                   )
16              Plaintiff,         )   ORDER OF DETENTION AFTER
                                   )   HEARING ( Fed.R.Crim.P. 32.1(a)(6)
17         v.                      )   Allegations of Violations of Probation
                                   )   Supervised Release)
18    Servando Ortuno Garcia       )   Conditions of Release)
                                   )
19                                 )
              Defendant.           )
20    _____
21         On arrest warrant issued by a United States District Court involving alleged
22    violations of conditions of probation or Supervised Release,
23         The court finds no condition or combination of conditions that will
      reasonably assure:
24
           (A)  ☒    the appearance of defendant as required; and/or
25
           (B)  ☒    the safety of any person or the community.
26
      //
27
      //
28

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will refrain from criminal conduct_

(B) [✓] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _he will obey conditions; also illegal status_

IT IS ORDERED that defendant be detained.

DATED: 11/15/10

_/s/ S. Segal_
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE